MAINE SAVINGS BANK

v.

Danny A. KARTER, et al.

Supreme Judicial Court of Maine.

Argued May 4, 1984.

Decided May 24, 1984.

Verrill & Dana, A.M. Horton (orally), Christopher S. Neagle, Portland, for plaintiff.

Daviau, Jabar & Batten, J. William Batten (orally), Waterville, for defendants.

Harlan J. Choate, Sp. Asst. U.S. Atty., Augusta, for Small Business Administration.

Before NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ., and DUFRESNE, A.R.J.

## MEMORANDUM OF DECISION.

Danny A. and Victoria L. Karter appeal from a summary judgment entered in the Superior Court, Kennebec County, upon a complaint for foreclosure of their mortgage initiated by Maine Savings Bank pursuant to 14 M.R.S.A. §§ 6321–6325 (1980 & Supp. 1983). The Karters allege that the bank's breach of certain side agreements caused their default in the mortgage payments. These allegations, however, are not sufficient to avoid summary judgment unless the Karters submit affidavits alleging facts which generate these issues. *Depositors Trust Co. v. Herold*, 458 A.2d 430 (Me. 1983). This they have failed to do.

The entry is:

Judgment affirmed.

All concurring.